## In re RECALL OF RETIRED JUDGE.

### No. 01–09.

United States Court of Appeals
for Veterans Claims.

Jan. 7, 2009.

### ORDER

WILLIAM P. GREENE, JR., Chief Judge:

Pursuant to 38 U.S.C. § 7257(b)(1), and in order to meet the needs of the Court, recall-eligible retired Judge Ronald M. Holdaway, is recalled to perform substantial service to the Court. The Court requires Judge Holdaway's service to assist in reviewing and deciding an unprecedented number of appeals now pending before the Court.

Upon consideration of the foregoing, it is

ORDERED that, effective February 2, 2009, Ronald M. Holdaway, shall commence service as a judge of the Court for a period not to exceed 90 days.

## In re RULES ADVISORY COMMITTEE.

### No. 03–09.

United States Court of Appeals
for Veterans Claims.

Jan. 30, 2009.

Before GREENE, Chief Judge, and
KASOLD, HAGEL, MOORMAN,
LANCE, DAVIS and SCHOELEN,
Judges.

### ORDER

WILLIAM P. GREENE, JR., Chief Judge:

Pursuant to Rule 40(b) and (c)(1) of the Court's Rules of Practice and Procedure (Rules), it is

ORDERED that Jack F. Lane, Jr., former Counsel to the Clerk, is reappointed to the Court's Rules Advisory Committee for a term ending November 16, 2010.

Pursuant to Rule 40(b) and (c)(2) of the Court's Rules, it is further

ORDERED that Joan Moriarty, Office of the General Counsel, Department of Veterans Affairs, is reappointed as Chair to the Court's Rules Advisory Committee for a term ending November 8, 2010.